IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUGLAS O'MEARA, and LINDSAY O'MEARA,<br><br>Plaintiffs,<br><br>vs.<br><br>PRICELINE LOGISTICS LLC, a foreign corporation; PRIME MOVING AND STORAGE LLC, a foreign corporation; and KHALED AWAD,<br><br>Defendants. | **4:22CV3147**<br><br><br>**SHOW CAUSE ORDER** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiffs have not filed a return of service indicating service on Defendants, and Defendants have not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until December 5, 2022 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 14th day of November, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge