IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUGLAS O'MEARA, and LINDSAY O'MEARA,<br><br>Plaintiffs,<br><br>vs.<br><br>PRICELINE LOGISTICS LLC, a foreign corporation; PRIME MOVING AND STORAGE LLC, a foreign corporation; and KHALED AWAD,<br><br>Defendants. | **4:22CV3147**<br><br>**FINDINGS AND RECOMMENDATION** |

On November 14, 2022, a Show Cause Order was entered because Plaintiffs had not filed a return of service indicating service on Defendants. (Filing No. 5). Plaintiffs were given until December 5, 2022, to show cause why their claims against Defendants should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want or prosecution. Plaintiffs were warned that failure to timely comply with the order may result in dismissal of the action without further notice. Plaintiffs filed a response requesting additional time to serve Defendants. (Filing No. 6). On December 5, 2022, the court granted Plaintiffs' motion, and ordered Plaintiffs to serve Defendants on or before January 19, 2023.

Despite the court's previous warning, Plaintiffs have not filed proof of service on any defendant and no explanation has been provided for Plaintiffs failure to

comply with the court's order to perfect service. At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution. NECivR 41.2. For these reasons, the court recommends dismissal of Plaintiffs' complaint against Defendants without prejudice.

Accordingly,

IT THEREFORE HEREBY IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that the complaint be dismissed without prejudice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 3rd day of February, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge