IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUGLAS O'MEARA and LINDSAY O'MEARA,<br><br>    Plaintiffs,<br><br>vs.<br><br>PRICELINE LOGISTICS LLC, a foreign corporation, et al.,<br><br>    Defendants. | 4:22-CV-3147<br><br>ORDER |

  This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 8), recommending that the Court dismiss the plaintiffs' case for failure to serve process. There has been no objection. *See* 28 U.S.C. § 636(b)(1); NECivR 72.2. The parties were expressly notified that "failing to file an objection to this recommendation as provided in the local rules of this court may held to be a waiver of any right to appeal the court's adoption of the recommendation." Filing 8 at 2. And when a party fails to timely object to the report and recommendation of a magistrate judge, the party waives its right to de novo review by the district court of any portion of the report and recommendation. *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009).

  In the absence of any response from the plaintiffs, there's no basis to find good cause or excusable neglect for failing to serve process. *See* Fed. R. Civ. P. 4(m); *Kurka v. Iowa Cty.*, 628 F.3d 953, 957 (8th Cir. 2010). The Court finds that the Magistrate Judge's recommendation should be adopted and this case dismissed. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 8) are adopted.

2. The plaintiffs' complaint is dismissed without prejudice.

3. A separate judgment will be entered.

Dated this 21st day of February, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge
